1
2
3  **UNITED STATES DISTRICT COURT**
4  **NORTHERN DISTRICT OF CALIFORNIA**
5

| | |
|---|---|
| **ACF 2006 CORP.,** | CASE NO. 18-cv-00029-YGR |
| Plaintiff, | |
| vs. | **ORDER RE: DKT. NO. 56** |
| **SIMONA A. FARRISE, ET AL.,** | |
| Defendants. | |

The Court is in receipt of plaintiff ACF 2006 Corporation's and defendant Simona A. Farrise's (herein, the "stipulating parties") stipulation for entry of order granting plaintiff's motion for temporary protective order, right to attach order, and order for issuance of writs of attachment (the "Motion"). (Dkt. No. 56 ("Stipulation").) However, the stipulation does not specify the funds disbursed from West Coast Escrow, including the exact dollar amount, as to which the prejudgment remedies sought in the Motion will be granted. Moreover, the stipulation references a proposed order, filed at Docket Number 36, which appears to be factually inaccurate and inconsistent with the stipulation reached by the stipulating parties. (*See* Stipulation at 3.)

The stipulating parties are hereby **ORDERED** to submit an updated stipulation by no later than **Friday, April 6, 2018**. The stipulation must: (1) specify the funds disbursed from West Coast Escrow, including the exact dollar amount, as to which the prejudgment remedies sought in the Motion will be granted; and (2) include a proposed order which accurately describes the relevant proceedings thus far and reflects the updated stipulation reached.

\\
\\
\\
\\

1    In addition to filing the stipulation, the stipulating parties should simultaneously email an
2    editable version of the same to YGRpo@cand.uscourts.gov.
3    This Order terminates Docket Number 56.
4    **IT IS SO ORDERED.**

6    Dated: April 3, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**