# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ACF 2006 CORP.,**

Plaintiff,

vs.

**SIMONA A. FARRISE, ET AL.,**

Defendants.

CASE NO. 18-cv-00029-YGR

**ORDER**

Re: Dkt. Nos. 16, 52, 65

As stated on the record at the hearing held on April 24, 2018, the Court **ORDERS** as follows:

- Defendant Kimberley Farrise's motion to dismiss plaintiff ACF 2006 Corp.'s ("ACF") complaint (Dkt. No. 52) is **DENIED**. The Court finds service of process on Kimberley Farrise proper and **ORDERS** said defendant to respond to the complaint.

- The stipulation for entry of a Court order executed by defendant Simona Farrise, in her individual capacity and on behalf of defendant the Farrise Firm, and plaintiff ACF (Dkt. No. 65) is **DENIED WITHOUT PREJUDICE**.

- ACF's motion for a temporary protective order, right to attach order, and order for issuance of writ of attachment (Dkt. No. 16) is **DENIED WITHOUT PREJUDICE**. To the extent plaintiff files a renewed motion that is specific to the Union Bank Account referenced in in the above-mentioned stipulation, plaintiff may set said motion for hearing as early as **14 days** from filing, and defendants will have **7 days** to respond.

This Order terminates Docket Numbers 16, 52, and 65.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**