# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACF 2006 CORP.,**<br>Plaintiff,<br>vs.<br>**SIMONA A. FARRISE, ET AL.,**<br>Defendants. | CASE NO. 18-cv-00029-YGR<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S STANDING ORDER IN CIVIL CASES**<br><br>Re: Dkt. No. 95 |

Counsel for plaintiff ACF 2006 Corp. ("ACF") are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250.00 for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Motions for Summary Judgment.

The Court's Standing Order states at Section 9(a): "[N]o motion for summary judgment pursuant to Rule 56 of the Rules of Civil Procedure may be filed without prior leave of Court. The moving party must file a letter, with a copy to Chambers and the opposing parties, to request a pre-filing conference, and propose a date and time for such conference."

ACF filed a motion for summary judgment on July 16, 2018 without first filing a pre-filing conference letter and thus failed to comply with the Court's Standing Order. (Dkt. No. 95.)[1]

\\
\\
\\
\\

---

[1] While the Court indicated at the hearing held on April 24, 2018 that it would entertain an expedited briefing schedule on a motion for summary judgment, it explicitly stated that the parties were required to comply with the process outlined in the Court's Standing Order.

1 ACF's counsel must respond to this order to show cause, in a statement not to exceed two (2) pages, by no later than **Friday, July 27, 2018**. If the Court is not satisfied with the response, it will set the matter for hearing at a later date.[2]

**IT IS SO ORDERED.**

Dated: July 18, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Notwithstanding this Order, briefing on ACF's motion shall continue as scheduled.