# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACF 2006 CORP.,**<br>Plaintiff**,**<br>vs.<br>**SIMONA A. FARRISE, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-00029-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 95 |

On July 16, 2018, plaintiff in the above-captioned case filed its motion for summary judgment. (Dkt. No. 95.) Defendants' deadline to respond was July 30, 2018, and the matter was set for hearing on August 21, 2018. As of the present date, defendants have yet to file a response.

Accordingly, defendants are **ORDERED TO SHOW CAUSE** explaining why plaintiff's motion should not be granted. No later than **Tuesday, August 7, 2018**, defendants must file their response to plaintiff's motion for summary judgment or a statement, not to exceed three (3) pages, explaining their failure to do so. If defendants file their response by August 7, 2018, plaintiff's reply shall be due seven (7) days thereafter.

The Court further **VACATES** the hearing currently set for August 21, 2018. After briefing is complete, the Court may reset a hearing date, if necessary.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**