# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACF 2006 CORP.,** | CASE NO. 18-cv-00029-YGR |
| Plaintiff, | |
| vs. | **ORDER RE: MOTION FOR SUMMARY JUDGMENT** |
| **SIMONA A. FARRISE, ET AL.,** | Re: Dkt. No. 95 |
| Defendants. | |

Pending before the Court is plaintiff's motion for summary judgment. (Dkt. No. 95.) The Court previously vacated the hearing on plaintiff's motion due to defendants' failure to file a timely response on July 30, 2018. (Dkt. No. 102.) Defendant Kimberley Farrise subsequently filed his response to the motion on August 7, 2018, in which he notes that his pending motion to join plaintiff in the ongoing state court divorce proceedings is set for hearing before the Alameda County Superior Court on August 16, 2018. (Dkt. No. 103.) Pursuant to the briefing schedule previously set by this Court, plaintiff may file a reply in support of its motion by no later than August 14, 2018.

However, as this Court has indicated numerous times, it is not inclined to encroach on the family court's primary role in deciding issues pertaining to the characterization and distribution of community estates. Accordingly, by no later than **August 20, 2018**, the parties shall file a joint statement advising the Court of the status of the proceedings in the state court. Once the Court is in receipt of the parties' submission, it will determine how to proceed on plaintiff's pending motion for summary judgment.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**