**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ACF 2006 CORP.,**<br>Plaintiff,<br>vs.<br>**SIMONA A. FARRISE, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-00029-YGR<br><br>**ORDER DISCHARGING OCS RE: FAILURE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 102 |

On July 31, 2018, the Court issued an Order to Show Cause ("OSC") to defendants in the above-captioned case regarding their failure to file a timely response to plaintiff's motion for summary judgment. (Dkt. No. 102.) Counsel for defendant Kimberley Farrise subsequently filed his response to the motion and a response to the OSC. (Dkt. Nos. 103, 104.) Having reviewed the response to the OSC, the Court hereby **DISCHARGES** the OSC.

Defense counsel is warned that sanctions will issue for future violations of this District's Civil Local Rules ("L.R.") and for any commentary regarding his staff's performance, which is not of the Court's concern. (*See* L.R. 1-4.)

Moreover, the Court **SETS** a compliance hearing for **Friday, August 24, 2018** on the Court's **9:01 a.m.** calendar, in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, defense counsel shall file a certification with the Court that he has personally read all local rules with respect to motion practice in the Northern District of California, and the undersigned's Standing Order in Civil Cases.

\\
\\
\\

If compliance is complete, defense counsel need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**