**CHANDLER A. PARKER, ESQ.** (SBN 277902)
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
(213) 489-0028 OFFICE
(213) 489-0552 FAX
Email: cparker@imwlaw.com

Attorneys for Defendant,
**KIMBERLY FARRISE**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACF 2006 CORP, a Tennessee corporation,<br><br>Plaintiff.<br><br>vs.<br><br>SIMONA A. FARRISE, a resident of the State of California, THE FARRISE FIRM, P.C., a California professional corporation, and KIMBERLEY FARRISE, a resident of the State of California,<br><br>Defendants. | CASE NO: 4:18-cv-00029-YGR<br><br>[PROPOSED] ORDER CLARIFYING JUNE 6, 2018 ORDER<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

**PLEASE TAKE NOTICE THAT** having reviewed this Court's June 6, 2018 order (Dkt. 91) and Defendant Kimberley Farrise's administrative motion for clarification of said order, the Court makes the following clarifications:

1. Paragraph 9 of the Court's June 6, 2018 attachment Order makes a specific reference to *California Code of Civil Procedure* Section 488.455 subsection (c). The Court did not intend to refer to subsection (c) when making this statutory reference;

2. The Court intended to refer to *California Code of Civil Procedure* Section 488.455 subsection (d) when making the statutory reference appearing in paragraph 9 of the June 6, 2018 Attachment Order, not subsection (c); and

3. The statutory reference to *California Code of Civil Procedure* Section 488.455 subsection (c) in the Court's June 6, 2018 order should be construed as a reference to *California Code of Civil Procedure* Section 488.455 subsection (d).

**IT IS SO ORDERED**.

Dated: August __16__, 2018

YVONNE GONZALEZ ROGERS
United States District Court Judge