Roger G. Jones (admitted *pro hac vice*)
rjones@bradley.com
Kimberly M. Ingram (SBN 305497)
kingram@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: (615) 252-3592
Fax: (615) 252-6357

*Attorneys for Plaintiff ACF 2006 Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACF 2006 CORP, a Tennessee corporation,<br><br>Plaintiff.<br><br>vs.<br><br>SIMONA A. FARRISE, a resident of the State of California, THE FARRISE FIRM, P.C., a California professional corporation, and KIMBERLEY FARRISE, a resident of the State of California,<br><br>Defendants. | CASE NO: 4:18-cv-00029-YGR<br><br>NOTICE OF PARTIAL SATISFACTION OF JUDGMENT<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Advocate has successfully collected $414,783.89 of the judgment owed by Ms. Farrise and the Farrise Firm from collateral redeemed by Advocate. Ms. Farrise and the Firm are therefore entitled to credits in that amount.

1
NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2021, in Nashville, Tennessee.

*/s/ Kimberly M. Ingram*
Kimberly M. Ingram