# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACF 2006 CORP, a Tennessee corporation,<br><br>　　　　　　　　Plaintiff.<br><br>　　vs.<br><br>SIMONA A. FARRISE, a resident of the State of California, THE FARRISE FIRM, P.C., a California professional corporation, and KIMBERLEY FARRISE, a resident of the State of California,<br><br>　　　　　　　　Defendants. | CASE NO: 4:18-cv-00029-YGR<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER DISSOLVING PREJUDGMENT ATTACHMENT AND RELEASING BOND TO PLAINTIFF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Plaintiff's Application for Order Dissolving Prejudgment Attachment and Releasing Bond to Plaintiff, the Court finds that good cause for this relief has been shown. Specifically, the controversy underlying the writ and bond have been resolved, and there is no longer a need for a writ of attachment or a bond.

Therefore, **IT IS HEREBY ORDERED:**

　　1.　The prejudgment writ of attachments entered by the Court (Dkt. 91) is hereby DISSOLVED.

　　2.　The Clerk is hereby directed to release the Bond (in the amount of $100,000.00) to Advocate, by delivering to Advocate at the following address: Advocate Capital, Inc., One Vantage Way, Nashville, TN 37228.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge